IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **CELESTINA GARZEZ** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **CASE NO. 7:17-cv-341** |
| | § | |
| **O'REILLY AUTO PARTS,** | § | |
| *Defendant*. | § | |

### DEFENDANT O'REILLY AUTO ENTERPRISES, LLC, INCORRECTLY SUED AND DENOMINATED AS "O'REILLY AUTO PARTS'" NOTICE OF REMOVAL

Defendant **O'REILLY AUTO ENTERPRISES, LLC, incorrectly sued and denominated as "O'REILLY AUTO PARTS",** ("O'Reilly Auto Enterprises, LLC" or "Defendant") files this Notice of Removal.

### PROCEDURAL BACKGROUND

1. Plaintiff Celestina Garzez filed this action on July 28, 2017 against O'Reilly Auto Parts in the County Court at Law No. 4 in Hidalgo County, Texas. That case was docketed under cause number CL-17-3060-D (the "State Court Action").

2. O'Reilly Auto Parts was served with process (through O'Reilly Automotive Stores, Inc. and CT Corporation System) on August 10, 2017.

3. O'Reilly Auto Enterprises, LLC, the proper entity that possesses, operates and controls the premises in question, timely filed its Original Answer on September 1, 2017. An Amended Answer was thereafter filed by O'Reilly Auto Enterprises, LLC on September 7, 2017.

4. O'Reilly Auto Enterprises, LLC timely files this Notice of Removal pursuant to 28 U.S.C. §1446 to remove the State Court Action from the County Court at Law No. 4 of Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division.

## NATURE OF THE SUIT

5. In this lawsuit, Plaintiff alleges that on or about the 30th day of July 2015, she slipped and fell due to a defective sidewalk located at Defendant's place of business in Weslaco, Hidalgo County, Texas. *See* Exhibit 1-A, *Plaintiff's Original Petition* at 2, § IV. Facts. Plaintiff asserts premises liability (negligence) claims against "O'Reilly Auto Parts" for allegedly failing to use reasonable care to protect Plaintiff against an alleged danger on its premises. *Id.* at 2, § V. Premises Liability. As a result of her alleged fall, Plaintiff claims she has suffered "severe and debilitating injuries." *Id.* at 2, § IV. Facts.

## BASIS FOR REMOVAL

6. The Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is and was complete diversity between all real parties in interest (Plaintiff and O'Reilly Auto Enterprises, LLC) and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

### *Diversity of Citizenship*

7. At the time the State Court Action was commenced, Plaintiff was and still is a resident and citizen of Texas. *See* Exhibit 1-A**,** *Plaintiff's Original Petition* at 1, § II. Parties.

8. Defendant O'Reilly Auto Enterprises, LLC was at the time the State Court Action was commenced, and still is, a Delaware entity with its principal place of business in Springfield, Missouri and whose members are citizens of Missouri.

*Amount in Controversy*

9.   In her Original Petition, Plaintiff affirmatively asserts that she "seeks monetary damages in excess of $100,000.00 and less than $200,000.00." Exhibit 1-A, *Plaintiff's Original Petition* at 1, § III. Venue. As shown by Plaintiff's own claim for damages as pled in her Original Petition, the amount in controversy requirement is satisfied. *See Middlebrook v. SLM Fin. Corp.*, No. 5:15-CV-237-DAE, 2015 U.S. Dist. LEXIS 65687, at *12 (W.D. Tex. May 20, 2015) ("[g]iven the strong presumption that the damages claimed by the Plaintiff are correct. . . the Court must accept the damages that are facially apparent from Plaintiff's complaint. These damages are clearly in excess of $75,000.00."); *see also Horton v. Liberty Mut. Ins. Co.*, 367 U.S. 348, 353 (1961) ("The general federal rule has long been to decide what the amount in controversy is from the complaint itself, unless it appears or is in some way shown that the amount stated in the complaint is not claimed 'in good faith.'").

## REMOVAL IS PROCEDURALLY CORRECT

10.  This Notice of Removal is timely under 28 U.S.C. § 1446(b). O'Reilly Auto Parts was served with process (through O'Reilly Automotive Stores, Inc. and CT Corporation System) on August 10, 2017.  O'Reilly Auto Enterprises, LLC, the proper entity that possesses, operates and controls the premises in question, timely filed its Original Answer on September 1, 2017.

11.  Venue is proper in this Division under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

12.  In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Court Action are attached herein to the Index of Matters Filed (Exhibits 1A – 1E).

13. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of O'Reilly Auto Enterprises, LLC's Notice of Removal was promptly given to all parties and to the clerk of the County Court at Law No. 4 of Hidalgo County, Texas.

14. All documents required by Local Rule 81 to be filed with this Notice of Removal are attached herein to the Index of Matters Filed (Exhibit 1).

## PRAYER

**O'REILLY AUTO ENTERPRISES, LLC** respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings. Defendant also requests any additional relief to which it may be justly entitled.

Respectfully submitted,

/s/   *Sofia A. Ramón*
Sofia A. Ramón
Fed. ID No. 20871/State Bar No. 00784811
**RAMÓN | WORTHINGTON, PLLC**
900 Kerria Ave.
McAllen, Texas 78501
(956) 294-4800 – Phone
**ATTORNEY IN CHARGE FOR DEFENDANT**

**Of Counsel:**
Dan K. Worthington
Fed. ID No. 15353/State Bar No. 00785282
Elizabeth S. Cantu
Fed. ID No. 24013455/State Bar No. 24013455
**RAMÓN | WORTHINGTON, PLLC**
900 Kerria Ave.
McAllen, Texas 78501
(956) 294-4800 – Phone

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 8, 2017, a true and correct copy of the foregoing document was sent to all counsel of record in this cause, to-wit:

Dennis Ramirez
dramirezlaw@gmail.com
**LAW OFFICE OF DENNIS RAMIREZ**
111 N. 17th Street, Suite D
Donna, Texas 78537
Tel.: (956) 461-2890
Fax: (956) 287-3245
*Attorney for Plaintiff*

                                  */s/ Sofia A. Ramón*
                                  Sofia A. Ramón