UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CELESTINA GARZEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-00341 |
| § | |
| O'REILLY AUTO PARTS, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

For the reasons stated in this Court's order of May 18, 2018,[1] Plaintiff's action against Defendant having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 21st day of May, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 14.